UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID MOLESKI,

    Petitioner,

v.                                          CASE NO. 3:16cv425-MCR-CJK

UNITED STATES OF AMERICA,

    Respondent.
    _____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 16, 2016. ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of subject-matter jurisdiction.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of October, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**